■ In the Matter of Cheryl Solotoff et al., Appellants, v Board of Assessors of the Village of Great Neck Estates et al., Respondents. [624 NYS2d 965] —Appeal by the petitioners from a judgment of the Supreme Court, Nassau County (McGinity, J.), dated October 21, 1993.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice McGinity at the Supreme Court. Sullivan, J. P., Copertino, Pizzuto and Krausman, JJ., concur.